IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01768-RM-NYW

JAMI M. VIGIL,

    Plaintiff,

v.

VIBRA HOSPITAL OF DENVER, LLC, and
MICHAEL WEISS,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered on October 5, 2020, by Judge Raymond P. Moore, it is

ORDERED that judgment is entered in favor of the defendants, Vibra Hospital of Denver, LLC, and Michael Weiss, and against the plaintiff Jami M. Vigil.   It is

FURTHER ORDERED that this case is dismissed without prejudice for the plaintiff's failure to prosecute and failure to comply with court orders.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado, this 5th day of October, 2020.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                            By:   s/C. Pearson
                                  Deputy Clerk